No. 184. KIESELBACH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third

Circuit granted limited to the first question presented by the petition. *Mr. Harry Friedman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Messrs. Arthur A. Armstrong* and *Archibald Cox* for respondent. ·